**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KILOMO JOEL TABALA,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, *et. al*,<br><br>Respondents. | Civil Action No. 26-cv-12304-MJJ |

## RESPONDENTS' STATUS REPORT

Pursuant to this Court's Order (ECF No. 17), Respondents respectfully provide the Court with the following status update on the release of Kilomo Joel Tabala:

On July 1, 2026, this Court entered an Order requiring that Petitioner be released by no later than 6:00 p.m. on July 1, 2026. ECF No. 17. The Court further Ordered Respondents to provide a status report by July 6, 2026, confirming compliance of the Order.[1] *Id.* Per agency counsel for Immigration and Customs Enforcement, the Petitioner was released on July 1, 2026. Respondents respectfully request this Court dismiss this action as the petition has been granted and the relief ordered by this Court provided.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated:  July 8, 2026

By:    */s/ Vincent Engingro III*

---

[1] The undersigned counsel apologizes to the Court for the delay in filing. The undersigned counsel was informed the Petitioner would be released the same day as the Order, ECF No. 17, was rendered. The delay in filing was an oversight given the volume of cases.

VINCENT ENGINGRO III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.engingro@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  July 8, 2026          By:                    */s/ Vincent Engingro III*
                                                    VINCENT ENGINGRO III
                                                    Special Assistant United States Attorney

2